UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CARL WAYNE NUNLEY,

                              Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.

No. 2:15-CV-00270-FVS

ORDER ADOPTING REPORT AND
RECOMMENDATION TO GRANT
PLAINTIFF'S MOTION FOR EAJA
ATTORNEY'S FEES

 ECF No. 27, 30

   **BEFORE THE COURT** is the Report and Recommendation issued by

Magistrate Judge Mary K. Dimke on August 7, 2017, ECF No. 30, recommending

Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 27, be granted

in part**.**  No objection was filed.

   After review, the Court adopts the Report and Recommendation in its entirety.

   Accordingly, **IT IS ORDERED:**

   1.    The Report and Recommendation, **ECF No. 30,** to grant in part

Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 27,** is **ADOPTED in its**

**entirety**.

2.    The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED August 22, 2017.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge